UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DONALD LENELL WILLIAMS,  )
                                 )
             Plaintiff,  )
                                 )      **JUDGMENT IN A CIVIL CASE**
     v.                               )
                                 )      **CASE NO. 5:19-CV-362-D**
ANDREW M. SAUL, Commissioner of Social  )
Security,  )
             Defendant.  )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS plaintiff's motion for judgment on the pleadings [D.E. 19], DENIES defendant's motion for judgment on the pleadings [D.E. 21], and REMANDS the action to the Commissioner.

**This Judgment Filed and Entered on August 25, 2020, and Copies To:**
Vaughn Stephen Clauson                           (via CM/ECF electronic notification)
Christian M. Vainieri                                 (via CM/ECF electronic notification)

DATE:                                 PETER A. MOORE, JR., CLERK
August 25, 2020                     (By) /s/ Lindsay Stouch
                                       Deputy Clerk