UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DONALD WILLIAMS,        )<br>                                           )<br>           Plaintiff,            )<br>                                           )<br>     v.                              )<br>                                           )<br>ANDREW M. SAUL, Commissioner of Social   )<br>Security,                           )<br>           Defendant.         ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:19-CV-362-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $3,100.00, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Vaughn S. Clauson, and mailed to his office at The Clauson Law Firm, PLLC P.O. Box 110205, Durham, North Carolina 27709, in accordance with Plaintiffs assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

**This Judgment Filed and Entered on November 23, 2020, and Copies To:**
| | |
|---|---|
| Vaughn Stephen Clauson | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |
| Christian M. Vainieri | (via CM/ECF electronic notification) |

DATE:
November 23, 2020

PETER A. MOORE, JR., CLERK
(By) /s/ Nicole Sellers
Deputy Clerk