IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-00362-D

| | |
|---|---|
| DONALD LENELL WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ANDREW M. SAUL, | ) |
| Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Plaintiff's counsel filed a motion for attorney's fees under 42 U.S.C. § 406(b) in the amount of $13,170.63. Attorney's fees under 42 U.S.C. § 406(b) are paid from past-due benefits awarded to a successful claimant. Defendant filed a response to the motion noting that, under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. 406(b) in the amount of $ 7,200 _____ (or 25% of Plaintiff's past-due benefits, whichever is less). Plaintiff's counsel will reimburse Plaintiff any fees previously received under the Equal Access Justice Act ("EAJA"), 28 U.S.C. § 2412.

So ordered, this __14__ day of June, 2021.

JAMES C. DEVER III
United States District Judge